In the Matter of the Probate of the Will of JEWELL CHARAP, Deceased. KATHRYN B. EAKIN, Respondent; SYLVIA BASTIAN et al., Appellants.— No opinion. Concur — Peck, P. J., Breitel, Bastow, Rabin and Cox, JJ.

■

FRANCES L. FISK, Respondent, v. LENOX TAXI CAB CO., INC., et al., Appellants, and FERDINAN ARROYA et al., Respondents.— No opinion. Concur — Peck, P. J., Breitel, Bastow, Rabin and Cox, JJ.

■

In the Matter of BERNARD E. SMITH, JR., Respondent, against REPUBLIC PICTURES CORPORATION et al., Appellants, et al., Defendants.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ. [See *post*, p. 1089.]

■

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, on Complaint of MARGARET BRISCOE, Respondent, v. CALVIN LLOYD, Appellant.— 

 Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■

JACOB M. ZINAMAN, Respondent, v. KATE BRALOFF, Appellant.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY RERA, Appellant.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■

In the Matter of the Arbitration between GRANATA TRADING COMPANY, INC., Appellant, and MAURICE A. AUERBACH, INC., Respondent.— No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■

In the Matter of the Arbitration between WRITERS GUILD OF AMERICA EAST, INC., et al., Respondents, and PROCKTER PRODUCTIONS, INC., Appellant.— No opinion. Concur — Peck, P. J., Breitel, Bastow and Botein, JJ. [See *post*, p. 1078.]

■

LOUISE L. MICHAELSEN, Appellant, v. UNITED STATES TRUST COMPANY OF NEW YORK et al., Respondents.— No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.